UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM ELMQUIST,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>*Deputy Commissioner for Operations,*<br>*performing the duties and functions not*<br>*reserved to the Commissioner of*<br>*Social Security*,<br><br>    Defendant. | CIVIL NO. 18-2668 (DTS)<br><br><br>ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br><u>PREPAYMENT OF FEES</u> |

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915 [Docket No. 2],

IT IS ORDERED that the Application is:

✓    GRANTED

    ✓    IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States

        A summons shall be issued and the U.S. Marshal shall mail a request for waiver of service to each Defendant subject to service under Rule 4(e), (f), or (h) of the Federal Rules of Civil Procedure. If a Defendant subject to service under those provisions fails, without good cause, to sign and return the waiver, this Court shall impose upon the Defendant the expenses later incurred in making service. See Fed. R. Civ. P. 4(d). Each Defendant not subject to service under Rule 4(e), (f) or (h) shall be served in a manner otherwise consistent with Rule 4.

Dated:    October 15, 2018

                                    *s/ David T. Schultz*
                                    DAVID T. SCHULTZ
                                    United States Magistrate Judge